JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRANDON LEE COLBERT, | Case No. CV 21-6771-JVS(AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DANNY SAMUEL, Warden | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: March 21, 2022

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE